IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,

    DEFAULT JUDGMENT

v.

    Case No. 11-cv-664-wmc

ATHLETIC CLUB OF MADISON, LLC,
MARIO CHMIEL, EDYTA CHMIEL,
BURR OAK PROPERTIES, LTD., and
ROYAL GRANITE & MARBLE, INC.,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of plaintiff U.S. Bank National Association against

defendants Athletic Club of Madison, LLC., Mario Chmiel, Edyta Chmiel, Burr Oak

Properties, Ltd., and Royal Granite & Marble, Inc. in the amount of $267,703.92.

_____
Peter Oppeneer, Clerk of Court

MAR 2 2 2012
_____
Date